April 9, 1903.) Proceeding by the people of the state of New York, on the relation of Morris D. Kopple, against William J. O'Brien, as sheriff. P. M. Abrahams, for appellant. J. W. Shepard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LONG ISLAND R. R. v. BOARD OF RAILROAD COM'RS et al. PEOPLE ex rel. NEW YORK & R. B. R. CO. v. SAME. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Separate proceedings by the people of the state of New York, on the relation of the Long Island Railroad and of the New York & Rockaway Beach Railroad Company, against the board of railroad commissioners and the Cross Country Railroad Company. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. McBAIN v. WISWALL et al., Town Auditors. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Proceeding by the people of the state of New York, on the relation of Walter McBain, against Edward H. Wiswall and others, as the board of town auditors of the town of Colonie. No opinion. Determination of the board of town auditors unanimously affirmed, with $50 costs and disbursements.

PEOPLE ex rel. McCULLOUGH, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Proceeding by the people of the state of New York, on the relation of James R. McCullough, against Jonathan D. Wilson and others, as members of the board of public works; Charles E. Snyder and others, as members of the municipal civil service commission of the city of Newburgh, N. Y., and Friend W. Perkins. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. McKEON, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Proceeding by the people of the state of New York, on the relation of John F. McKeon, against John J. Scannell, as fire commissioner of the city of New York. No opinion. Final order and judgment affirmed, on authority of People ex rel. Gleason v. Scannell, 172 N. Y. 316, 65 N. E. 165, with costs.

PEOPLE ex rel. MOREY v. BOARD OF AUDIT OF TOWN OF OYSTER BAY IN NASSAU COUNTY. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Proceeding by the people of the state of New York, on the relation of Augustus G. Morey, against the board of audit of the town of Oyster Bay, in Nassau county. No opinion. Order settled and signed.

PEOPLE ex rel. MURPHY, Appellant, v. COLLIER et al., State Civil Service Commission, Respondents. PEOPLE ex rel. MEYER v. SAME. PEOPLE ex rel. COLNE v. SAME. PEOPLE ex rel. MORGAN v. SAME. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Separate proceedings by the people of the state of New York, on the relation of Martin Murphy, of Albert E. Meyer, of Charles Colne, and of William G. Morgan, against William Miller Collier and others, constituting the state civil service commission. No opinion. Orders reversed, without costs, upon authority of People ex rel. Letts v. Collier, 78 App. Div. 620, 79 N. Y. Supp. 671, and motion granted in each case, with $50 costs.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company, against the board of railroad commissioners and another. No opinion. Determination of the board of railroad commissioners unanimously affirmed, with $50 costs and disbursements, against the relators, to the respondent the Rochester & Eastern Rapid Railway Company.

PEOPLE ex rel. O'FARRELL, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Proceeding by the people of the state of New York, on the relation of Matthew O'Farrell, against John J. Scannell, as fire commissioner, etc. No opinion. Final order and judgment affirmed, with costs, on the authority of People ex rel. Gleason v. Scannell, 172 N. Y. 316, 65 N. E. 165.

PEOPLE ex rel. PADDEN, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Proceeding by the people of the state of New York, on the relation of Henry J. Padden, against John J. Scannell, as fire commissioner, etc. No opinion. Final order and judgment affirmed, with costs, on the authority of People ex rel. Gleason v. Scannell, 172 N. Y. 316, 65 N. E. 165.

PEOPLE ex rel. SACHS v. YORK et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York, on the relation of John J. Sachs, against Bernard J. York and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. TAYLOR, Appellant, v. BOARD OF HEALTH, Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of Thomas C. Taylor, against the board of health of the department of health of the city of New York. J. B. Quintin, for appellant. W. B. Crowell, for respondent.